STANLEY V. TUCKER *v.* MECHANICS SAVINGS BANK ET AL.
(5994)

DUPONT, C. J., BORDEN and STOUGHTON, Js.

Submitted on briefs March 17—decision released March 30, 1988

*Stanley V. Tucker,* pro se, the appellant (plaintiff), filed a brief.

*Joseph V. Meaney, Jr.,* and *Laura Gold Becker* filed a brief for the appellee (named defendant).

PER CURIAM. There is no error.